DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOROTHY LEWIS,**
Appellant,

v.

**JEAN JORDAN,**
Appellee.

No. 4D2024-1663

[May 28, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. PRC23-0000889.

Justin T. Moonray of Moonray Law, PLLC, Brandon, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, MAY and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***